■ In the Matter of MICHELE L. WEINSTAT, a Disbarred Attorney. [614 NYS2d 116] —Motion granted, and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective immediately, subject to the terms and conditions enumerated in the order of this Court entered

herein. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Ross, JJ.